UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES SCHWAB & CO., INC.,

                              Petitioner,

           -v-

EDWARD BRIAN WINSTON,

                              Respondent.

24 Civ. 10033 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Petitioner has moved to confirm a February 20, 2024 arbitral award. Dkt. 6. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, the Court sets the following briefing schedule:

- February 13, 2025: Petitioner's memorandum of law in support of its petition due.
- March 6, 2025: Respondent's opposition due.
- March 13, 2025: Petitioner's reply, if any, due.

Petitioner is to serve this order, as well as its petition and papers in support, on respondent forthwith and file proof of this service, on the docket of this case, no later than January 30, 2025.

      SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     Paul A. Engelmayer
                                                     United States District Judge

Dated: January 23, 2025
       New York, New York