**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARLES SCHWAB & CO., INC.,

                    Petitioner,                    24 **CIVIL** 10033 (PAE)

      -against-                          **JUDGMENT**

EDWARD BRIAN WINSTON,

                    Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 17, 2025, the Court confirms the Award in favor of Schwab; accordingly, the case is closed.

**Dated**: New York, New York
        April 17, 2025

                                                  **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                      **BY:**
                                                          **Deputy Clerk**